# **EXHIBIT 3**


































🔒 happyhookeroutdoors.com/products/ladies-fish-like-a-girl-tee

GET HOOKED UP...

HAPPY HOOKER OUTDOORS

☰ MENU

Account

Choose from the Menu to: Visit other pages, Shop, or Check Out Our Reports for up to date information

✕







## Ladies "Fish Like a Girl" Tee

$28.99

| SIZE | COLOR | QUANTITY |
|------|-------|----------|
| S | Watermelon/Heath | − 1 + |

**ADD TO CART**

Buy with **PayPal**

More payment options

Our Ladies "Fish Like A Girl" Tee is a screen printed two tone V Neck ladies lightweight shirt, machine washable consisting of 40% Polyester and 60% Cotton Blend With our Main Logo on the back as well.

Share    Share  Tweet  Pin it





GET HOOKED UP...

**HAPPY HOOKER OUTDOORS**

MENU                                                                                    Account

Choose from the Menu to: Visit other pages, Shop, or Check Out Our Reports for up to date information                ✕



### Ladies "Fish Like a Girl" Pro Hoodie

$56.99

SIZE          COLOR              QUANTITY

S         Pink            —   1   +

ADD TO CART

Buy with PayPal

More payment options

Our Pro hoodies are screen printed on Sport-Tek Sport-Wick Fleece. This material is anti-static, 100% Polyester with moisture wicking technology that keeps you cool and dry.

Share

Choose from the Menu to: Visit other pages, Shop, or Check Out Our Reports for

# Ladies Apparel
## Great apparel for the outdoors woman.

High quality and great styling make the ladies collection a big hit with the girls.

**VIEW**

**Ladies "Fish Like a Girl" Tee**
From $28.99

**Ladies "Fish Like a Girl" Pro Hoodie**
From $56.99

**Ladies "Boat Hair" Tees and Tanks**
From $21.99






















