# **EXHIBIT 4**



Wright's Walleye Green Lure modified to a black and white line drawing in Photoshop and rotated and resized over one of Defendant's shirt designs.

Wright's Walleye Green Lure modified to a black and white line drawing in Photoshop and rotated and resized over one of Defendant's shirt designs. Opacity lowered to 50% to show near perfect match.

Defendant's shirt design with no overlay.





